LAURI S. THOMPSON, ESQ.
Nevada Bar No. 6846
thompsonl@gtlaw.com
LARAINE BURRELL, ESQ.
Nevada Bar No. 8771
burrelll@gtlaw.com
SHAUNA L. WELSH, Esq.
Nevada Bar No. 11320
welshs@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff, GNLV, Corp.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GNLV, Corp., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BROOKS, an individual, and THE LUCKY PARADISE CASINO, an entity doing of unknown origin doing business in North Carolina,<br><br>Defendants. | Case No.: 2:13-cv-1219-APG-NJK<br><br>**AMENDED TEMPORARY RESTRAINING ORDER** |

UPON CONSIDERATION of the Motion filed by Plaintiff GNLV, Corp. ("Plaintiff" or "GNLV"), requesting a temporary restraining order and injunction requiring Defendants Michael Brooks and The Lucky Paradise Casino (collectively "Defendants") to immediately cease and desist all use of Plaintiff's GOLDEN NUGGET and/or similar or derivative trademarks including but not limited to "goldennuggetonlinecasinos", the supporting memorandum of points and authorities, the supporting Declarations, the record in this case, and for other good cause shown:

THE COURT HEREBY FINDS THAT:

1.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) and supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.A.C. § 1367(a);

2. The Court has personal jurisdiction over the Defendants in that they committed tortious acts that they knew or should have known would cause injury to Plaintiff in the State of Nevada;

3. GNLV has made extensive use of the GOLDEN NUGGET Marks on, among other things, signage, wearing apparel, and sales and promotional materials, and has obtained federal registration for the GOLDEN NUGGET Marks for various goods and services, including but not limited to:

    (a) GOLDEN NUGGET for casino and bar services (U.S. Reg. No. 1,554,155);

    (b) GOLDEN NUGGET for nightclub, bar, cabaret and casino services (U.S. Reg. No. 1,082,044); and

    (c) GOLDEN NUGGET for casino services (U.S. Reg. No. 1,203,988).

4. GNLV has made extensive use of the GOLDEN NUGGET Marks on, among other things, signage, wearing apparel, and sales and promotional materials, and is a licensee of several federal registrations for the GOLDEN NUGGET Marks for various goods and services, including but not limited to:

    (a) GOLDEN NUGGET for casino and bar services (U.S. Reg. No. 1,554,155);

    (b) GOLDEN NUGGET for nightclub, bar, cabaret and casino services (U.S. Reg. No. 1,082,044); and

    (c) GOLDEN NUGGET for casino services (U.S. Reg. No. 1,203,988).

5. Based on its federal trademark registrations and extensive use, GNLV owns the exclusive right to use the GOLDEN NUGGET Marks in connection with resort hotel, casino and related services. The extensive advertising and promotion of the "Golden Nugget" resort hotel casinos have resulted in the GOLDEN NUGGET name and marks being distinctive for resort hotel casino services;

6. Defendants have used GNLV's marks on their signage and on advertising and promotional materials to market their casino;

7. GNLV will suffer irreparable injury if the Court does not require Defendants to cease and desist their use of GNLV's marks;

LV 420035449v1

8. GNLV has demonstrated likelihood of success on the merits of its mark infringement claims against Defendants under the Lanham Act, 15 U.S.C. § 1114, and Nevada law;

9. GNLV has demonstrated likelihood of success on the merits of its unfair competition claims against Defendants under the Lanham act, 15 U.S.C. § 1125(a);

10. There is no likelihood of harm to the public from the temporary restraining order now being granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that: GNLV's Application for Temporary Restraining Order is hereby GRANTED;

IT IS FURTHER ORDERED that Defendants will immediately cease and desist any and all use of GNLV's name and trademarks and any and all variants thereof including but not limited to GOLDEN NUGGET and "goldennuggetonlinecasinos".

IT IS FURTHER ORDERED that pursuant to 15 U.S.C. § 1126(d)(1)(C), the domain names <www.goldennuggetonlinecasinos.us> <www.goldennuggetonlinecasinos.org>, <www.goldennuggetonlinecasinos.info> <www.goldennuggetonlinecasinos.com> www.goldennuggetonlinecasinos.net shall be immediately locked by the Registrar and/or its successor registrars and transferred to GNLV.

IT IS FURTHER ORDERED that Defendants shall file, pursuant to 15 U.S.C. § 1116(a), with this Court and serve upon GNLV within thirty (30) days after entry of this Order, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with this Court's Order; and

IT IS FURTHER ORDERED that GNLV shall post a bond of $1,000.00 because the evidence indicates that Defendants will suffer minimal, if any, damage by the issuance of this temporary restraining order.

### ORDER SETTING HEARING FOR PRELIMINARY INJUNCTION

UPON CONSIDERATION of GNLV's Motion, the Memorandum of Points and Authorities, the supporting declarations and exhibits, the papers and pleadings on file in this matter and for good cause shown;

1. The Court hereby sets the hearing for Plaintiff's Motion for Preliminary Injunction on

LV 420035449v1

1  July 24, 2013, at 9:30 a.m. in Courtroom 6C at the Lloyd D. George United States Federal
2  Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
3      2.   Further, the Court hereby sets the following briefing schedule relating to Plaintiff's
4  Motion:
5      (a) Defendants shall file and serve opposition papers, if any, **no later than 5:00**
6  **p.m. on July 22, 2013**; and
7      (b) Plaintiff shall file and serve its reply brief, if any, **no later than 3:30 p.m. on**
8  **July 23, 2013.**
9      3.   In addition, to ensure Defendants receive timely notice of the hearing, given that
10 Defendants must maintain accurate contact information with the domain name registrar, GNLV may,
11 in addition to the requirements set forth in Rules 4 and 5 of the Federal Rules of Civil Procedure,
12 serve the Motion, this Order and all other pleadings filed to date on Defendants by electronic mail
13 transmission.
14     DATED at 4:34 p.m. this 11th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE

20 Respectfully submitted by:

22 GREENBERG TRAURIG, LLP

/s/ Larraine M.I. Burrell
Lauri S. Thompson (Bar No. 6846)
Laraine M.I. Burrell (Bar No. 8771)
Shauna L. Welsh (Bar No. 11320)
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Counsel for Plaintiff