UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| GNLV CORP, | ) | |
| | ) | 2:13-cv-01219 APG-NJK |
| Plaintiff, | ) | |
| vs. | ) | MINUTES OF THE COURT |
| | ) | |
| MICHAEL BROOKS, et al, | ) | DATED April 11, 2016 |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT
THE HONORABLE ANDREW P. GORDON, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>EILEEN WOOD</u>          RECORDER:     <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF (S) : _____<u>NONE APPEARING</u>_____

COUNSEL FOR DEFENDANT (S) : _____<u>NONE APPEARING</u>_____

MINUTE ORDER IN CHAMBERS:

The Order on Stipulation of Dismissal (#17) was entered in this case on September 19, 2013. Good cause appearing,

IT IS ORDERED that the Cash Deposit by Plaintiff, (#11), posted in the amount of $1,000.00, receipt #NVLAS020231, filed July 16, 2013, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: __ _____ __
                     UNITED STATES DISTRICT JUDGE

DATED: ___<u>April 12, 2016</u>_____